

ORIGINAL

FILED

09/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0004

_____

IN RE THE PETITION OF

ZACHARY ALAN HIXSON

_____

FILED

SEP 2 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Zachary Alan Hixson has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since October 2019.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

IT IS FURTHER ORDERED that Petitioner's occupation during inactive status warrants admission to active status without make-up of continuing legal education requirements for the time on inactive status.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 22nd day of September, 2021.

For the Court,

By _____
Chief Justice